August 19, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LANCE MCKENZIE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF COURTNEY MCKENZIE-THUE (DECEASED), DEBORAH DIVER, INDIVIDUALLY AND AS NEXT FRIEND OF JENSEN O'HARA, Appellants

NO. 14-14-00480-CV                V.

WAKE FOREST UNIVERSITY BAPTIST MEDICAL CENTER A/K/A WAKE FOREST BAPTIST MEDICAL CENTER AND WAKE FOREST UNIVERSITY SCHOOL OF MEDICINE, Appellees

_____

Today the Court heard appellants' motion to dismiss the appeal from the judgment signed by the court below on June 10, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Lance McKenzie, Individually and as Representative of the Estate of Courtney McKenzie-Thue (Deceased), Deborah Diver, Individually and As Next Friend of Jensen O'Hara.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.